UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLOWE BROWN, | No. C 12-6513 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KEVIN CHAPPELL, Warden; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 23, 2013

_____
SUSAN ILLSTON
United States District Judge